JEANENE LYNN LIMBACH, APPELLEE, V. MICHAEL ALLAN LIMBACH, APPELLANT.

458 N.W.2d 465

Filed August 3, 1990.   No. 88-589.

Nicholas J. Lamme, of Yost, Schafersman, Yost, Lamme, Hillis & Mitchell, P.C., for appellant.

D.A. Martin, of Kerrigan, Line & Martin, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Upon our consideration of the record, the briefs, and the recommendation of the Appellate Division of the District Court, we find that because the trial court erred as a matter of law in awarding child care expenses on a percentage basis, the award is therefore modified to provide for payment by appellant of $150 per month for such expenses. In all other respects the judgment of the district court is affirmed.

AFFIRMED AS MODIFIED.